818

No. 10–1353. MOSLER *v.* CITY OF LOS ANGELES, CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–1354. COLLINS *v.* LOUISIANA. Ct. App. La., 1st Cir. Certiorari denied.

No. 10–1356. TU MY TONG *v.* RUCKER. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 10–1358. JOHNSON *v.* CITY OF KANKAKEE, ILLINOIS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 10–1359. MOYLAN *v.* TERRITORY OF GUAM ET AL. Sup. Ct. Guam. Certiorari denied.

No. 10–1360. MEHOVIC, AKA MEJOVIC, ET AL. *v.* HOLDER, ATTORNEY GENERAL. C. A. 2d Cir. Certiorari denied.

No. 10–1361. RAY *v.* CITY OF CHICAGO, ILLINOIS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 10–1363. HILL *v.* FULTON COUNTY, GEORGIA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–1365. IOANNIDES *v.* UNIVERSITY OF TEXAS M. D. ANDERSON CANCER CENTER ET AL. C. A. 5th Cir. Certiorari denied.

No. 10–1366. GUERRERO *v.* HOLDER, ATTORNEY GENERAL. C. A. 7th Cir. Certiorari denied.

No. 10–1367. ZAHL *v.* NEW JERSEY BOARD OF MEDICAL EXAMINERS ET AL. Super. Ct. N. J., App. Div. Certiorari denied.

No. 10–1368. NEJAD *v.* GEORGIA. Ct. App. Ga. Certiorari denied.

No. 10–1369. SMIGELSKI *v.* OFFICE OF DISCIPLINARY COUNSEL. App. Ct. Conn. Certiorari denied.